1064

the Clerk and served upon opposing counsel on or before 3 p.m., Friday, November 19, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, November 29, 1999. This Court's Rule 29.2 does not apply. █

No. 98–1539. GLAVEY v. HIGHLAND LAKES COUNTRY CLUB & COMMUNITY ASSN., 526 U. S. 1115;

No. 98–7947. EWING v. CALIFORNIA, 526 U. S. 1054;

No. 98–8120. SPEARMAN v. UNITED STATES, *ante*, p. 1039;

No. 98–8437. TRAFT v. AMERICAN THRESHOLD INDUSTRIES, INC., 526 U. S. 1120;

No. 98–8752. EDWARDS v. FRANCHINI ET AL., 526 U. S. 1124;

No. 98–8836. HAZLEY v. CITY OF AKRON ET AL., 526 U. S. 1162;

No. 98–8882. FIELDS v. DALKON SHIELD CLAIMANTS TRUST, *ante*, p. 1007;

No. 98–8980. SMITH v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 526 U. S. 1163;

No. 98–8987. EPLEY v. WEST ET AL., 526 U. S. 1150;

No. 98–9029. LUMBEF v. ARDEN FAIR APARTMENTS ET AL., *ante*, p. 1025;

No. 98–9032. LUMBEF v. STANFORD MEDICAL GROUP ET AL., *ante*, p. 1025;

No. 98–9288. IN RE HARRISON-BEY, 526 U. S. 1144;

No. 98–9331. CARDWELL v. WATKINS, *ante*, p. 1026;

No. 98–9376. LAWRENCE v. MOATS, WARDEN, ET AL., *ante*, p. 1012;

No. 98–9453. DEUTSCH v. UNITED STATES, *ante*, p. 1028;

No. 98–9458. PETREYKOV ET AL. v. CITY OF NEW YORK, *ante*, p. 1028;

No. 98–9478. EVERETT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1043;

No. 98–9480. NORRIS v. SLATER, SECRETARY OF TRANSPORTATION, *ante*, p. 1043; and

No. 98–9500. IN RE MAULDIN, *ante*, p. 1002. Petitions for rehearing denied.